UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-50081-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JOSEPH MADRIGAL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress Evidence (Record Document 14) and Motion to Suppress Confession (Record Document 15) are **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 1st day of March, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE